UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MRM IMAGING CO.,

    Plaintiff,                                            Civil Action No. 20-CV-10317

vs.                                                    HON. BERNARD A. FRIEDMAN

MOHAMAD BAZO, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

On February 17, 2021, this matter came before the Court on plaintiff's motion for an extension of time to file a response to defendants' discovery request [docket entry 43] and on plaintiff's notice of voluntary dismissal [docket entry 46]. For the reasons stated on the record, and in accordance with Fed. R. Civ. P. 41(a),

IT IS ORDERED that the complaint is dismissed without prejudice and without costs or attorney fees. If plaintiff decides to re-file its complaint in this case, it must inform defendants prior to filing and the Court shall determine whether defendants should be awarded costs.

                                                         s/Bernard A. Friedman
                                                         BERNARD A. FRIEDMAN
Dated: February 22, 2021                SENIOR UNITED STATES DISTRICT JUDGE
       Detroit, Michigan